170 So. 915

## BIRMINGHAM TRUST & SAVINGS CO. v. Lillian STRONG, et al.

6 Div. 971.

Supreme Court of Alabama.
Dec. 1, 1936.

Bradley, Baldwin, All & White, of Birmingham, for appellant.

William S. Pritchard, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by appellant without prejudice.

171 So. 920

## F. M. BISHOP, Sr., v. Clara Pauline BLACKWOOD, Adm'x.

7 Div. 398.

Jan. 12, 1937.

PER CURIAM.
Appeal dismissed by appellant.

169 So. 902

## Frank S. BLACKFORD, as Trustee for State Mortgage Co., in Bankruptcy, v. C. W. SMITH, Jr., et al.

6 Div. 897.

Supreme Court of Alabama.
May 28, 1936.

PER CURIAM.
Appeal dismissed by agreement.

169 So. 902

## J. P. BRIDWELL v. BROTHERHOOD OF RAILROAD TRAINMEN et al.

6 Div. 894.

Supreme Court of Alabama.
June 11, 1936.

W. A. Denson, of Birmingham, for appellant.

Crampton Harris, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

170 So. 914

## Joe BROOKS v. STATE.

4 Div. 889.

Supreme Court of Alabama.
Nov. 5, 1936.

PER CURIAM.
Appeal dismissed.

169 So. 902

## N. C. CAMERON et al. v. R. A. MOODY, Sheriff, et al.

8 Div. 618.

Supreme Court of Alabama.
May 19, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.